## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| Columbia College Chicago, Plaintiff<br>v.<br>Michael Debish and Audrey Debish, Defendants | FILED: JUNE 3, 2008<br>08CV3216  PH<br>JUDGE COAR<br>MAGISTRATE JUDGE NOLAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Columbia College Chicago, Plaintiff

| | |
|---|---|
| NAME (Type or print)<br>Renee O'Neill Kelly | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Renee O'Neill Kelly | |
| FIRM<br>Hinshaw & Culbertson LLP | |
| STREET ADDRESS<br>222 North LaSalle Street, Suite 300 | |
| CITY/STATE/ZIP<br>Chicago, IL 60601-1081 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6229976 | TELEPHONE NUMBER<br>(312) 704-3816 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐