IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COLUMBIA COLLEGE CHICAGO )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>MICHAEL DEBISH and AUDREY )<br>DEBISH, )<br>)<br>**Defendants.** ) | Case No. 08 CV 3216<br><br>Judge Coar |

### NOTICE OF FILING

To:  Michael Debish                Audrey Debish
     6342 Third Avenue             6342 Third Avenue
     Kenosha, WI 53143             Kenosha, WI 53143

PLEASE TAKE NOTICE that on June 9, 2008, Plaintiff, Columbia College Chicago, caused to be filed with the Clerk of the United States District Court, for the Northern District of Illinois, Eastern Division, the attached letter to The Honorable Henry M. Paulson, Jr., Secretary of the Treasury, dated June 9, 2008; and letter to The Honorable Elaine L. Chao, Secretary of Labor, dated June 9, 2008, copies of which are herewith served upon you.

James Harbert                          COLUMBIA COLLEGE CHICAGO
Renée O'Neill Kelly
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street                  By:    s/ Renée O'Neill Kelly
Suite 300                                     One of Its Attorneys
Chicago, IL 60601-1081
312-704-3000
312-704-3001 (facsimile)
jharbert@hinshawlaw.com
rkelly@hinshawlaw.com

## CERTIFICATE OF SERVICE

      I, Renee de Vuono, a non-attorney, certify that I served this Notice and the attached letter to The Honorable Henry M. Paulson, Jr., Secretary of the Treasury, dated June 9, 2008; and letter to The Honorable Elaine L. Chao, Secretary of Labor, dated June 9, 2008, by mailing copies to all parties of record by depositing the same in the U.S. Mail at 222 North LaSalle, Chicago, Illinois by 5:00 p.m. on the 9th day of June, 2008.

                                                                                         _s/ Renee de Vuono_  
                                                                                               Signature

# HINSHAW

ATTORNEYS AT LAW

222 North LaSalle Street
Suite 300
Chicago, IL 60601-1081

312-704-3000
312-704-3001 fax
www.hinshawlaw.com

June 9, 2008

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**
The Honorable Elaine L. Chao
Secretary of Labor
United States Department of Labor
Frances Perkins Building
200 Constitutional Avenue, NW
Washington, DC 20210

    Re:   *Columbia College Chicago v. Michael Debish and Audrey Debish*, Case No. 08 CV 3216 (N.D.Ill. filed June 3, 2008)

Dear Madam Secretary:

In compliance with section 502(h) of the Employee Retirement Income Security Act of 1974, as amended, you will find enclosed a copy of the complaint filed in the above-referenced matter. We have filed this action on behalf of our client, Columbia College Chicago, to enforce the terms of an employee welfare benefit plan pursuant to section 502(a)(3) of ERISA. You are invited to intervene.

                        Sincerely,

                HINSHAW & CULBERTSON LLP

                      Renée O. Kelly
                      312-704-3786
                  rkelly@hinshawlaw.com

Enclosure

cc:   Mr. Paul A. Denham

6327265v1 888912 6/9/2008

Arizona California Florida Illinois Indiana Massachusetts Minnesota Missouri New York Oregon Rhode Island Wisconsin


# HINSHAW

**ATTORNEYS AT LAW**

June 9, 2008

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**
The Honorable Henry M. Paulson, Jr.
Secretary of the Treasury
United States Department of Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220

    Re: *Columbia College Chicago v. Michael Debish and Audrey Debish*, Case No. 08 CV 3216 (N.D.Ill. filed June 3, 2008)

Dear Mr. Secretary:

    In compliance with section 502(h) of the Employee Retirement Income Security Act of 1974, as amended, you will find enclosed a copy of the complaint filed in the above-referenced matter. We have filed this action on behalf of our client, Columbia College Chicago, to enforce the terms of an employee welfare benefit plan pursuant to section 502(a)(3) of ERISA. You are invited to intervene.

                        Sincerely,

                    HINSHAW & CULBERTSON LLP

                        Renée O. Kelly
                        312-704-3786
                        rkelly@hinshawlaw.com

Enclosure

cc:    Mr. Paul A. Denham

6327306v1 888912 6/9/2008